UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Marek Lukasiewicz,

                      Plaintiff,

    -against-

Polish & Slavic Federal Credit Union,

                      Defendant.
------------------------------------------------------------X

NOT FOR PUBLICATION
**ORDER**
11-cv-3422 (CBA) (VVP)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 31 2013 ★
BROOKLYN OFFICE

**AMON, Chief United States District Judge.**

By Order dated May 16, 2013, D.E. # 30, the Court ordered plaintiff's counsel Joel Gluck to pay, by June 6, 2013, the $853.10 in sanctions previously awarded to defendant and the expenses incurred by defendant in appearing before the Court on April 16, 2013 and May 16, 2013. The May 16 Order directed defendant to provide an accounting of its expenses related to these Court appearances by May 20, 2013 and provided Gluck an opportunity to challenge the amount requested by May 27, 2013. By letter dated May 17, 2013, defendant timely informed Gluck that the total amount due for the two court appearances and the $853.10 in prior sanctions totals $2,903.10. Gluck did not timely contest this amount and has informed the Court that he does not intend to do so. He also informed the Court that he has already sent defendant the full amount requested. The Court directed Gluck to file a letter to the Court indicating his intention not to dispute the amount owed; however, he has not done so. In the event that Gluck has not yet provided payment to defendant, he is ordered to provide the full amount of $2,903.10 to defendant by **June 6, 2013**. Gluck is further reminded that all discovery requested by defendant as set forth in the May 16, 2013 Order must also be provided to defendant by **June 6, 2013**.

SO ORDERED.

Dated: Brooklyn, N.Y.
May 31, 2013

                                                        s/Carol Bagley Amon
                                                        Carol Bagley Amon
                                                        Chief United States District Judge